

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-17-00533-CR

Richard **CRUZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8891
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file is granted in part. We order counsel for appellant, Daniel De La Garza, to file the appellant's brief by April 9, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court